

State of Tennessee

## Department of State

Division of Business Services
Wm. R. Snodgrass Tower
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243

Received

MAR 0 4 2014

BCBSGA Legal

<u>2/24/2014</u>                    7013109000053835362
Date                               Certified Number

File No:    <u>1644087 PLURIES</u>

Company:   **BLUE CROSS/BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.**

Name:

Agent/POE:

Address:    3350 PEACHTREE RD., N.E.
            ATLANTA, GA 30326

Country:

RE:    MICHAEL A. BRADY

VS:    BLUE CROSS/BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.

### Notice of Service

The enclosed summons and attachments are hereby officially served upon you by the Office of the Tennessee Secretary of State pursuant to Tennessee Law. Please refer to the summons and attachments for details concerning the lawsuit filed against you. If you have any questions, please contact the clerk of the court which issued the summons. You can obtain the court's telephone number by calling information (area code) 555-1212. The name of the court and county where the court is located will be on the attached summons.

The summons will either tell you a court date and time at which you must appear to defend yourself or tell you the number of days from the day you are served within which you must file an answer upon the plaintiff's attorney. Failure to appear in court at the time specified or failure to answer the summons within the given time could result in a judgement by default being rendered against you for relief sought in the lawsuit.

The Secretary of State's Office cannot give you legal advice. If you need legal advice, please consult a private attorney.

Sincerely,

*Tre Hargett*

Tre Hargett
Secretary of State

enclosures

Initial:  AH

CC:

EXHIBIT

A

SS-4214 (Rev. 3/97)                                              RDA 1003

# Court Of General Sessions
## State of Tennessee, County of Shelby

GENERAL S
COURT CLER

2014 FEB 14  AM 19: 26  PLURIES  CIVIL  WARRANT NO. _____ 1644087

*SERVE THROUGH SECRETARY OF STATE*

**To Any Lawful Officer to Execute and Return:**
Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106
Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee
**BLUE CROSS/BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.**
Member ID#CKL331A16298-3  Group #CCEC0LA201
Insured: Timothy Cummings
1950 Squirrel Cv., Millington, TN

I _____ Clerk of the Court of
General Sessions, Shelby County,
Tennessee do hereby certify this to be
an accurate copy of the original Civil
Warrant filed this ___ day of Feb
_____ D.C.  2014

| Defendant | Defendant | Defendant |
|---|---|---|
| 3350 Peachtree Rd., N.E. | | |
| Atlanta, GA 30326 | | |
| Address | Address | Address |

on DAY Friday DATE March 28 2014   TIME 10:00   (A.M.) P.M.

to answer in a civil action brought by the Plaintiff (s) Michael A. Brady,

for breach of contract and bad faith failure to pay claim pursuant to T.C.A. 56-7-105, Attorney fee and
costs

| under $25,000.00 Dollars | Atty. For Plft. Ivan D Harris, Jr. |
|---|---|
| Issued this ____ day of ____ 20 ____ | Address 352 Poplar View Lane East |
| FEB 1 2014 | Phone 901-853-5055 |
| EDWARD L. STONTON, JR., Clerk of General Sessions Court | Code No. H3-4390 |
| By _____ | B.P.R. No. 12654 |
| Deputy Clerk | |

SECRETARY OF STATE
2014 FEB 21 AM 11: 27
RECEIVED

## JUDGMENT

_____ Judgment for _____ _____ and  Cost

of suit and litigation taxes, for which Execution may issue.

This ____ day ____ 20 ____   _____

_____ Judge of Division _____

## SERVICE

| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
|---|---|
| This ____ day of ____ 20 ____ | This ____ day of ____ 20 ____ |
| Sheriff/Process Server | Sheriff/Process Server |

***SEE OTHER SIDE FOR ADDITIONAL SERVICE****

****AND NOTICE TO DEFENDANT(S)****

| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
|---|---|
| _____ | _____ |
| _____ | _____ |
| This_____day of_____20____ | This_____day of_____20____ |
| **Sheriff/Process Server** | **Sheriff/Process Server** |

## NOTICE

**TO THE DEFENDANT (S):**

Pursuant to Tennessee code annotated 26-2-114, you are hereby given the following notice:
Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## AFFIDAVIT

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is / is not a member of a military service.

_____
Attorney for Plaintiff or Plaintiff

_____
Notary Public

My Commission Expires:————————————————

# Court Of General Sessions
# State of Tennessee, County of Shelby

ALIAS  CIVIL  WARRANT NO. _____1644087_____

*SERVE THROUGH COMMISSIONER OF INSURANCE*

**To Any Lawful Officer to Execute and Return:**

Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106 Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee

**BLUE CROSS/BLUE SHIELD** ~~OF GEORGIA~~ Health Care Plan of Georgia , Inc.

Member ID#CKL331A16298-3  Group #CCEC0LA201
Insured: Timothy Cummings
1950 Squirrel Cv., Millington, TN

| Defendant | Defendant | Defendant |
|---|---|---|
| 3350 Peachtree Rd., N.E. Atlanta, GA 30326 | | |
| Address | Address | Address |

on DAY __Wed__ DATE __1-22__ 20 __14__  TIME __10:00__  A.M. / P.M.

to answer in a civil action brought by the Plaintiff (s) _Michael A. Brady,_

for breach of contract and bad faith failure to pay claim pursuant to T.C.A. 56-7-105, Attorney fee and costs

| | |
|---|---|
| under $25,000.00 Dollars | Atty. For Plft. Ivan D Harris, Jr. |
| Issued this __10__ day of __Dec__ 20 __13__ | Address      352 Poplar View Lane East |
| | Phone |
| EDWARD L. STONTON, JR., Clerk of General Sessions Court | Code No.   H3-4390 |
| By_____ | B.P.R. No.   12654 |
| Deputy Clerk | |

## JUDGMENT

Judgment for _____

_____ and  Cost

of suit and litigation taxes, for which Execution may issue.

This _____ day _____ 20 _____

_____ Judge of Division _____

## SERVICE

| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on_____ |
|---|---|
| | |
| This_____ day of_____ 20 ___ | This_____ day of_____ 20 ___ |
| Sheriff/Process Server | Sheriff/Process Server |

***SEE OTHER SIDE FOR ADDITIONAL SERVICE****



# Court Of General Sessions
# State of Tennessee, County of Shelby

CIVIL WARRANT NO.

**SERVE THROUGH COMMISSIONER OF INSURANCE**

**To Any Lawful Officer to Execute and Return:**
Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106
Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee

| | |
|---|---|
| **HUMANA INSURANCE CO.** | **BLUE CROSS/BLUE SHIELD** |
| Member ID#700486991 Policy#84956U | Member ID#CKL331A16298-3  Group #CCEC0LA201 |
| Insured: Michael A Brady-Group#706043 | Insured: Timothy Cummings |
| 1950 Squirrel Cv, Millington, TN | |

| Defendant | Defendant | Defendant |
|---|---|---|
| 500 W. Main St. | 3350 Peachtree Rd., N.E. | |
| Louisville, KY 38053 | Atlanta, GA 30326 | |
| Address | Address | Address |

on DAY_____ DATE_____20____ TIME_____ A.M. / P.M.

to answer in a civil action brought by the Plaintiff (s) Michael A. Brady,

for breach of contract and bad faith failure to pay claim pursuant to T.C.A. 56-7-105, Attorney fee and
costs

under $25,000.00 Dollars

Issued this_____ day of_____ 20____

EDWARD L. STONTON, JR., Clerk of General Sessions Court

By_____
　　　　Deputy Clerk

| Atty. For Plft. | Ivan D Harris, Jr. |
|---|---|
| Address | 352 Poplar View Lane East |
| Phone | 901-853-5055 |
| Code No. | H3-4390 |
| B.P.R. No. | 12654 |

## JUDGMENT

_____Judgment for_____

_____

of suit and litigation taxes, for which Execution may issue.

This_____ day_____ 20____

Judge of Division _____

## SERVICE

| Came to hand same day issued and executed as | Came to hand same day issued and executed as |
|---|---|
| commanded on _____ | commanded on_____ |
| _____ | _____ |
| _____ | _____ |
| This_____ day of_____20____ | This_____ day of_____20____ |
| Sheriff/Process Server | Sheriff/Process Server |

***SEE OTHER SIDE FOR ADDITIONAL SERVICE****
****AND NOTICE TO DEFENDANT(S)****