IN GENERAL SESSIONS COURT OF TENNESSEE
FOR THE COUNTY OF SHELBY AT MEMPHIS

MICHAEL A. BRADY           )
                            )
     Plaintiff,            )
                            )
     v.                   )     CASE NO.    1644087
                            )
HUMANA INSURANCE COMPANY AND   )
BLUE CROSS BLUE SHIELD        )
HEALTHCARE PLAN OF         )
GEORGIA, INC             )
                            )
     Defendant.           )

---

## NOTICE OF REMOVAL TO SHELBY COUNTY CIRCUIT COURT CLERK

---

Comes now Blue Cross Blue Shield Healthcare Plan of Georgia, Inc., by and through counsel, and herby gives notice that the above-referenced matter has been removed to the United States District Court for the Western District of Tennessee at Memphis. A copy of the Notice of Removal is attached as Exhibit 1.

Submitted this the 26th day of March, 2014.

EXHIBIT B

Respectfully submitted,

**NELSON MULLINS RILEY &
SCARBOROUGH, LLP**

BY: _____

    JAMES P. CATALANO
    BPRN 18585
    150 Fourth Avenue, North
    Suite 1100
    Nashville, TN 37219
    (615) 664-5303

    *Attorneys for Defendant Blue Cross Blue
    Shield Healthcare Plan of Georgia, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon all counsel of record for the parties at interest in this cause by U.S. Mail, postage prepaid to:

Ivan D. Harris, Jr.
352 Poplar View Lane East
Collierville, Tennessee 38017

Errol J. King, Jr.
Baker Donelson
Chase North Tower
450 Laurel Street
20th Floor
Baton Rouge, LA  70801

This the 26th day of March, 2014.

JAMES P. CATALANO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL A. BRADY | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | |
| HUMANA INSURANCE COMPANY AND | ) | |
| BLUE CROSS BLUE SHIELD | ) | |
| HEALTHCARE PLAN OF | ) | |
| GEORGIA, INC. | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF REMOVAL

Comes Now Defendant Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. (hereinafter "BCBSHP"), by and through counsel, and gives notice of its removal of this case to this Court. In further support of its Notice of Removal, Defendant asserts as follows:

1.  On February 14, 2014, Plaintiff filed a Civil Warrant in the General Sessions Court, Shelby County, Docket No. 1644087, against the above-named Defendant.

Pursuant to 28 U.S.C. §§ 1441-1451, Defendant BCBSHP hereby files this Notice of Removal, showing this Honorable Court as follows:

2.  An action has been commenced against Defendant in the General Sessions Court of Shelby County, Tennessee, styled *Michael A. Brady v. Humana insurance Company and Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.; Civil Action No. 1644087.* A true and correct copy of all process, pleadings, and orders on file with the Clerk of the General Sessions Court of Shelby County, specifically including copies of the Civil Warrant and Summons, is



EXHIBIT
1

attached hereto as **Exhibit A**.  There were no motions pending in this matter in the General Sessions Court of Shelby County at the time of removal.

      3.      The Summons and Complaint have been served upon BCBSHP on February 24, 2014.  This Notice therefore is timely under 28 U.S.C. § 1446(b).

      4.      Co-defendant Humana Insurance Company consents to removal.

      5.      The Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331 because it is a civil action founded upon a claim or right arising under the laws of the United States.  Specifically, Plaintiff's claims relate to an employee welfare benefit plan that is subject to the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001, et seq.  This action therefore may be removed to this Court pursuant to 28 U.S.C. § 1441(b).

      6.      A Notice of Filing Notice of Removal, together with a copy of this Notice of Removal, will be filed on this same date with the Clerk of the General Sessions Court of Shelby County, Tennessee, and served on counsel for Plaintiff.  A true and correct copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

      WHEREFORE, Defendant hereby petitions to remove this case from the General Sessions Court of Shelby County, Tennessee, to the United States District Court for the Western District of Tennessee at Memphis.

      Respectfully submitted, this 26th day of March, 2014.

Respectfully submitted,

**NELSON MULLINS RILEY &
SCARBOROUGH, LLP**


BY:    s/James P. Catalano
       **JAMES P. CATALANO**
       BPRN 18585
       150 Fourth Avenue, North
       Suite 1100
       Nashville, TN  37219
       (615) 664-5303

       *Attorneys for Defendant Blue Cross Blue
       Shield Healthcare Plan of Georgia, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon all counsel of record for the parties at interest in this cause by electronic notification through the Court's CM/ECF System and/or U.S. Mail, postage prepaid to:

> Ivan D. Harris, Jr.
> 352 Poplar View Lane East
> Collierville, Tennessee 38017
>
> Errol J. King, Jr.
> Baker Donelson
> Chase North Tower
> 450 Laurel Street
> 20th Floor
> Baton Rouge, LA  70801

This the 26th day of March, 2014.

> s/James P. Catalano
> **JAMES P. CATALANO**



### State of Tennessee

## Department of State

Division of Business Services
Wm. R. Snodgrass Tower
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243

Received

MAR 0 4 2014

BCBSGA Legal

| 2/24/2014 | 70131090000053835362 |
|-----------|----------------------|
| Date | Certified Number |

File No:     1644087 PLURIES

Company:    **BLUE CROSS/BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.**

Name:

Agent/POE:

Address:     3350 PEACHTREE RD., N.E.
             ATLANTA, GA 30326

Country:

RE:     MICHAEL A. BRADY

VS:     BLUE CROSS/BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.

### Notice of Service

The enclosed summons and attachments are hereby officially served upon you by the Office of the Tennessee Secretary of State pursuant to Tennessee Law. Please refer to the summons and attachments for details concerning the lawsuit filed against you. If you have any questions, please contact the clerk of the court which issued the summons. You can obtain the court's telephone number by calling information (area code) 555-1212. The name of the court and county where the court is located will be on the attached summons.

The summons will either tell you a court date and time at which you must appear to defend yourself or tell you the number of days from the day you are served within which you must file an answer upon the plaintiff's attorney. Failure to appear in court at the time specified or failure to answer the summons within the given time could result in a judgement by default being rendered against you for relief sought in the lawsuit.

The Secretary of State's Office cannot give you legal advice. If you need legal advice, please consult a private attorney.

Sincerely,

*Tre Hargett*

Tre Hargett
Secretary of State

enclosures
Initial:  AH
CC:

**EXHIBIT
A**

SS-4214 (Rev. 3/97)                                          RDA 1003

# Court Of General Sessions
## State of Tennessee, County of Shelby

GENERAL S...
COURT CLER...

2014 FEB 14  AM 10: 26   PLURIES CIVIL WARRANT NO. _____ 1644087 _____

*SERVE THROUGH SECRETARY OF STATE*

**To Any Lawful Officer to Execute and Return:**

Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106
Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee
**BLUE CROSS/BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.**
Member ID#CKL331A16298-3  Group #CCEC0LA201
Insured: Timothy Cummings
1950 Squirrel Cv., Millington, TN

Deputy Clerk of the Court of
General Sessions, Shelby County,
Tennessee do hereby certify this to be
an accurate copy of the original Civil
Warrant filed this 14 day of Feb
2014 _____ D.C.

| Defendant | Defendant | Defendant |
|---|---|---|
| 3350 Peachtree Rd., N.E. | | |
| Atlanta, GA 30326 | | |
| Address | Address | Address |

on DAY Friday DATE March 28 20 14   TIME 10:00  (A.M.)P.M.

to answer in a civil action brought by the Plaintiff (s) Michael A. Brady,

for breach of contract and bad faith failure to pay claim pursuant to T.C.A. 56-7-105, Attorney fee and costs

| under $25,000.00 Dollars | Atty. For Plft. Ivan D Harris, Jr. |
|---|---|
| Issued this _____ day of _____ 20 __ FEB 1 ᵗʰ 2014 | Address 352 Poplar View Lane East |
| | Phone 901-853-5055 |
| EDWARD L. STONTON, JR., Clerk of General Sessions Court | Code No. H3-4390 |
| By _____ | B.P.R. No. 12654 |
| Deputy Clerk | |

2014 FEB 21  AM 11:27  RECEIVED TRE HARGETT SECRETARY OF STATE

## JUDGMENT

_____ Judgment for _____

_____ and Cost
of suit and litigation taxes, for which Execution may issue.

This _____ day _____ 20 __ _____

_____ Judge of Division _____

## SERVICE

| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
|---|---|
| _____ | _____ |
| _____ | _____ |
| This _____ day of _____ 20 __ | This _____ day of _____ 20 __ |
| Sheriff/Process Server | Sheriff/Process Server |

***SEE OTHER SIDE FOR ADDITIONAL SERVICE****

****AND NOTICE TO DEFENDANT(S)****

| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
|---|---|
| _____ | _____ |
| _____ | _____ |
| This_____ day of_____ 20 ____ | This_____ day of_____ 20 ____ |
| **Sheriff/Process Server** | **Sheriff/Process Server** |

## NOTICE

**TO THE DEFENDANT (S):**

Pursuant to Tennessee code annotated 26-2-114, you are hereby given the following notice: Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## AFFIDAVIT

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is / is not a member of a military service.

_____
Attorney for Plaintiff or Plaintiff

_____
Notary Public

My Commission Expires:————————————————————

# Court Of General Sessions
# State of Tennessee, County of Shelby

ALIAS  CIVIL  WARRANT NO. ____1644087____

*SERVE THROUGH COMMISSIONER OF INSURANCE*

**To Any Lawful Officer to Execute and Return:**
Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106
Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee
**BLUE CROSS/BLUE SHIELD** ~~OF GEORGIA~~ *Health Care Plan of Georgia, Inc.*
Member ID#CKL331A16298-3  Group #CCEC0LA201
Insured: Timothy Cummings
1950 Squirrel Cv., Millington, TN

| Defendant | Defendant | Defendant |
|---|---|---|
| 3350 Peachtree Rd., N.E. Atlanta, GA 30326 | | |
| Address | Address | Address |

on DAY __Wed__ DATE __1-22__ 20 __14__  TIME __10:00__   (A.M. / P.M.)

to answer in a civil action brought by the Plaintiff (s) _Michael A. Brady,_

for breach of contract and bad faith failure to pay claim pursuant to T.C.A. 56-7-105, Attorney fee and costs

| ___ under $25,000.00 Dollars | Atty. For Plft. Ivan D Harris, Jr. |
|---|---|
| Issued this __10__ day of __Dec__ 20 __13__ | Address      352 Poplar View Lane East |
| | Phone        901-853-5055 |
| EDWARD L. STONTON, JR., Clerk of General Sessions Court | Code No.    H3-4390 |
| By _____ | B.P.R. No.   12654 |
| Deputy Clerk | |

## JUDGMENT

_____ Judgment for _____

_____ and  Cost

of suit and litigation taxes, for which Execution may issue.

This _____ day _____ 20 ____    _____

Judge of Division _____

## SERVICE

| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
|---|---|
| This _____ day of _____ 20 ____ | This _____ day of _____ 20 ____ |
| Sheriff/Process Server | Sheriff/Process Server |

***SEE OTHER SIDE FOR ADDITIONAL SERVICE***



# Court Of General Sessions
# State of Tennessee, County of Shelby

CIVIL WARRANT NO. _____

SERVE THROUGH COMMISSIONER OF INSURANCE

To Any Lawful Officer to Execute and Return:

Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106
Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee

| HUMANA INSURANCE CO. | BLUE CROSS/BLUE SHIELD | |
|---|---|---|
| Member ID#700486991 Policy#84956U | Member ID#CKL331A16298-3  Group #CCEC0LA201 | |
| Insured: Michael A Brady-Group#706043 | Insured: Timothy Cummings | |
| 1950 Squirrel Cv, Millington, TN | | |
| Defendant | Defendant | Defendant |
| 500 W. Main St. | 3350 Peachtree Rd., N.E. | |
| Louisville, KY 38053 | Atlanta, GA 30326 | |
| Address | Address | Address |

on DAY_____ DATE_____20____ TIME_____ A.M. / P.M.

to answer in a civil action brought by the Plaintiff (s) Michael A. Brady,_____

for breach of contract and bad faith failure to pay claim pursuant to T.C.A. 56-7-105, Attorney fee and
costs

| under $25,000.00 Dollars | Atty. For Plft. Ivan D Harris, Jr. |
|---|---|
| Issued this_____ day of _____ 20____ | Address   352 Poplar View Lane East |
| | Phone   901-853-5055 |
| EDWARD L. STONTON, JR., Clerk of General Sessions Court | Code No.   H3-4390 |
| | B.P.R. No.   12654 |
| By_____ | |
| Deputy Clerk | |

## JUDGMENT

_____Judgment for_____

_____

_____and  Cost
of suit and litigation taxes, for which Execution may issue.

This_____day _____20____ _____

_____
Judge of Division

## SERVICE

| Came to hand same day issued and executed as | Came to hand same day issued and executed as |
|---|---|
| commanded on _____ | commanded on _____ |
| _____ | _____ |
| _____ | _____ |
| This_____day of_____20___ | This_____day of_____20___ |
| Sheriff/Process Server | Sheriff/Process Server |

***SEE OTHER SIDE FOR ADDITIONAL SERVICE****
****AND NOTICE TO DEFENDANT(S)****

### IN GENERAL SESSIONS COURT OF TENNESSEE
### FOR THE COUNTY OF SHELBY AT MEMPHIS

MICHAEL A. BRADY                      )
                                      )
    Plaintiff,                  )
                                      )
    v.                          )       CASE NO.    1644087
                                      )
HUMANA INSURANCE COMPANY AND          )
BLUE CROSS BLUE SHIELD                )
HEALTHCARE PLAN OF                    )
GEORGIA, INC                          )
                                      )
    Defendant.                  )

---

### NOTICE OF REMOVAL TO SHELBY COUNTY CIRCUIT COURT CLERK

---

Comes now Blue Cross Blue Shield Healthcare Plan of Georgia, Inc., by and through counsel, and herby gives notice that the above-referenced matter has been removed to the United States District Court for the Western District of Tennessee at Memphis. A copy of the Notice of Removal is attached as Exhibit 1.

Submitted this the 26th day of March, 2014.



EXHIBIT

B

Respectfully submitted,

**NELSON MULLINS RILEY &
SCARBOROUGH, LLP**

BY: _____

JAMES P. CATALANO
BPRN 18585
160 Fourth Avenue, North
Suite 1100
Nashville, TN  37219
(615) 664-5303

*Attorneys for Defendant Blue Cross Blue
Shield Healthcare Plan of Georgia, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon all counsel of record for the parties at interest in this cause by U.S. Mail, postage prepaid to:

Ivan D. Harris, Jr.
352 Poplar View Lane East
Collierville, Tennessee 38017

Errol J. King, Jr.
Baker Donelson
Chase North Tower
450 Laurel Street
20th Floor
Baton Rouge, LA  70801

This the 26th day of March, 2014.

JAMES P. CATALANO