IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

| | | |
|---|---|---|
| **MICHAEL A. BRADY** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | |
| **HUMANA INSURANCE COMPANY AND** | ) | |
| **BLUE CROSS BLUE SHIELD** | ) | |
| **HEALTHCARE PLAN OF GEORGIA, INC** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

Comes Defendant Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. (hereinafter "BCBSHP", by and through counsel, and herby gives notice that the Notice of Removal to the Clerk of the Court for Shelby County, General Sessions Court, attached hereto as Exhibit 1, was mailed to said court on March 26, 2014.

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**


**BY:** <u>s/James P. Catalano</u>
**JAMES P. CATALANO**
150 Fourth Avenue, North
Suite 1100
Nashville, TN  37219
(615) 664-5303

*Attorneys for Defendant Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.*

2

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon all counsel of record for the parties at interest in this cause by electronic notification through the Court's CM/ECF System and/or U.S. Mail, postage prepaid to:

>Ivan D. Harris, Jr.
>352 Poplar View Lane East
>Collierville, Tennessee 38017
>
>Errol J. King, Jr.
>Baker Donelson
>Chase North Tower
>450 Laurel Street
>20th Floor
>Baton Rouge, LA  70801

This the 26th day of March, 2014.

>s/James P. Catalano
>**JAMES P. CATALANO**