## IN GENERAL SESSIONS COURT OF TENNESSEE
## FOR THE COUNTY OF SHELBY AT MEMPHIS

MICHAEL A. BRADY            )
                                         )

    Plaintiff,                )
                                         )

    v.                         )       CASE NO.   1644087
                                         )

HUMANA INSURANCE COMPANY AND   )
BLUE CROSS BLUE SHIELD          )
HEALTHCARE PLAN OF             )
GEORGIA, INC                   )
                                         )

    Defendant.               )

## NOTICE OF REMOVAL TO SHELBY COUNTY CIRCUIT COURT CLERK

Comes now Blue Cross Blue Shield Healthcare Plan of Georgia, Inc., by and through counsel, and herby gives notice that the above-referenced matter has been removed to the United States District Court for the Western District of Tennessee at Memphis.  A copy of the Notice of Removal is attached as Exhibit 1.

Submitted this the 26th day of March, 2014.


EXHIBIT
1

Respectfully submitted,

**NELSON MULLINS RILEY &
SCARBOROUGH, LLP**

BY: s/James P. Catalano
   **JAMES P. CATALANO**
   BPRN 18585
   150 Fourth Avenue, North
   Suite 1100
   Nashville, TN 37219
   (615) 664-5303

   *Attorneys for Defendant Blue Cross Blue*
   *Shield Healthcare Plan of Georgia, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon all counsel of record for the parties at interest in this cause by U.S. Mail, postage prepaid to:

Ivan D. Harris, Jr.
352 Poplar View Lane East
Collierville, Tennessee 38017

Errol J. King, Jr.
Baker Donelson
Chase North Tower
450 Laurel Street
20th Floor
Baton Rouge, LA  70801

This the 26th day of March, 2014.

s/James P. Catalano
JAMES P. CATALANO