IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

| | |
|---|---|
| **MICHAEL A. BRADY** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. |
| | ) |
| **HUMANA INSURANCE COMPANY AND** | ) |
| **BLUE CROSS BLUE SHIELD** | ) |
| **HEALTHCARE PLAN OF** | ) |
| **GEORGIA, INC** | ) |
| | ) |
| Defendant. | ) |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. ("BCBSHP") and files this Certificate of Interested Persons and Corporate Disclosure Statement, showing the Court as follows:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. is a wholly-owned subsidiary of Cerulean Companies, Inc., which is a wholly-owned subsidiary of Anthem Holding Corporation, which is a wholly-owned subsidiary of WellPoint, Inc., which is a publicly traded corporation.

2.     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.

Cerulean Companies, Inc.

Anthem Holding Corporation

WellPoint, Inc.

3.     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

James P. Catalano, Esq.

Respectfully submitted, this 26th day of March, 2014.

          **NELSON MULLINS RILEY &**
          **SCARBOROUGH, LLP**


      **BY:**    s/James P. Catalano
                **JAMES P. CATALANO**
                BPRN 18585
                150 Fourth Avenue, North
                Suite 1100
                Nashville, TN  37219
                (615) 664-5303

                *Attorneys for Defendant Blue Cross Blue*
                *Shield Healthcare Plan of Georgia, Inc.*

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, do hereby certify that the foregoing document has been served upon all counsel of record for the parties at interest in this cause by electronic notification through the Court's CM/ECF System and/or U.S. Mail, postage prepaid to:

> Ivan D. Harris, Jr.
> 352 Poplar View Lane East
> Collierville, Tennessee 38017
>
> Errol J. King, Jr.
> Baker Donelson
> Chase North Tower
> 450 Laurel Street
> 20th Floor
> Baton Rouge, LA  70801

This the 26th day of March, 2014.

                                                  s/James P. Catalano
                                                  **JAMES P. CATALANO**