Brady
— v —
Humana Insurance Company

14-2208

JON P. McCALLA

Brady
— v —
Humamana Insurance Company

14-2208

CHARMIANE G. CLAXTON