IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

| | | |
|---|---|---|
| **MICHAEL A. BRADY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO.  2:14 cv 2208** |
| | ) | |
| **HUMANA INSURANCE COMPANY AND** | ) | |
| **BLUE CROSS BLUE SHIELD** | ) | |
| **HEALTHCARE PLAN OF** | ) | |
| **GEORGIA, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through agreement of counsel, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and hereby give notice of their stipulation of dismissal with prejudice of all Defendants. Each party shall be responsible for its own litigation costs.

Respectfully submitted, this 3rd day of April, 2014.

Respectfully submitted,

**NELSON MULLINS RILEY &
SCARBOROUGH, LLP**

**BY:** s/James P. Catalano
      **JAMES P. CATALANO**
      BPRN 18585
      150 Fourth Avenue, North, Suite 1100
      Nashville, TN  37219
      (615) 664-5303

      *Attorneys for Defendant Blue Cross Blue
      Shield Healthcare Plan of Georgia, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon all counsel of record for the parties at interest in this cause by electronic notification through the Court's CM/ECF System and/or U.S. Mail, postage prepaid to:

>Ivan D. Harris, Jr.
>352 Poplar View Lane East
>Collierville, Tennessee 38017
>
>Errol J. King, Jr.
>Baker Donelson
>Chase North Tower
>450 Laurel Street
>20th Floor
>Baton Rouge, LA  70801

This the 3rd day of April, 2014.

>s/James P. Catalano
>**JAMES P. CATALANO**