IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHAEL A. BRADY, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:14-cv-02208-JPM-cgc |
| ) | |
| HUMANA INSURANCE COMPANY, and ) | |
| BLUE CROSS BLUE SHIELD ) | |
| HEALTHCARE PLAN OF GEORGIA, ) | |
| INC., ) | |
|     Defendants. ) | |

**JUDGMENT**
_____

**JUDGMENT BY COURT.**  This action having come before the Court on Defendants' Notice of Removal (ECF No. 1), filed March 26, 2014,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Disimissal with Prejudice (ECF No. 9), filed April 2, 2014, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendants are hereby DISMISSED WITH PREJUDICE.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE

April 3, 2014
Date